UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL M. SOFIA, Individually and on Behalf of All Others Similarly Situated,<br><br>                                Plaintiff,<br><br>- against -<br><br><br>L & R CORP. and MILLHOUSE, INC.<br>                                Defendants. | 18cv863 (JMA)(ARL)<br><br>**CERTIFICATE OF DEFAULT** |

      I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants L & R CORP. and MILLHOUSE, INC. have not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant L & R CORP. and MILLHOUSE, INC. are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Central Islip  , New York
           August 21    , 2018

                                         **DOUGLAS C. PALMER**
                                           Clerk of Court

                          **By:**    /s/ James J. Toritto
                                          **Deputy Clerk**